UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                                                    CRIMINAL NO. 1:26-CR-00023-GNS

ROBERT SCOTT FROBERG                                                  DEFENDANT

## ORDER

On motion of the United States to quash the Writ of Habeas Corpus Ad Prosequendum, requested by the United States [DN 11], for an initial appearance scheduled on April 29, 2026 at 11:00 a.m. CDT in the above styled action, and the Court further being sufficiently advised,

**IT IS HEREBY ORDERED AND ADJUDGED** that the motion of the United States is **GRANTED**.

**H. Brent Brennenstuhl**
**United States Magistrate Judge**

March 27, 2026